James C. Davis, director general of railroads, appellee, v. The Tamms Silica Company, appellant. Gen. No. 30,209.

Action for freight charges. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed January 20, 1926.

Loucks, Eckert & Peterson, for appellant. Follansbee, Shorey & Schupp, for appellee; John E. Gavin and Louis W. Becker, Jr., of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Max Astrahan, appellee, v. Dave Spitz, appellant. Gen. No. 30,218.

Action for damage to suit of clothes by cleaner for hire. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank T. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed January 20, 1926.

William Levine, for appellant. No appearance for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Charles J. Forsberg, appellant, v. Board of Education of the City of Chicago, appellee. Gen. No. 30,166.

Action for balance of salary under contract of employment. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. William N. Gemmill, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed January 20, 1926.

Bassler, Bippus, Rose & Reeve, for appellant. Frank S. Righeimer, for appellee; Ralph W. Condee and Frank F. Trunk, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

Kenneth Sheldon, by his next friend, appellee, v. Joseph G. Sereikas, appellant. Gen. No. 30,172.

Action for personal injury by automobile. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed January 20, 1926.

Lannen & Hickey, for appellant. Thomas H. Murray, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.